1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9
10

| SCOTT CURTIN, an individual, | CASE NO. 2:23-cv-01525-RSL |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign insurance company; | |
| AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC, a foreign profit corporation, | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each party to bear their own fees and costs.

The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE
No. 2:23-cv-01525-RSL – Page 1

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518

SO ORDERED.

Dated this 21st day of February, 2024.

*Mark S Lasnik*

**ROBERT S. LASNIK**
United States District Judge

ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE
No. 2:23-cv-01525-RSL – Page 2

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518